Filed Under Seal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 21-20 |
| v. | : | **DATE FILED:** 1/28/21 |
| **ANTHONY GATLING** | : | **VIOLATION:**<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>**Notice of forfeiture** |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 23, 2018, in Chester, in the Eastern District of Pennsylvania, defendant

**ANTHONY GATLING,**

knowing he had previously been convicted in a court of the State of New York of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following firearms: an SCCY industries, model CPX-1, 9mm semi-automatic pistol, bearing serial number 403104, loaded with 10 live rounds of ammunition; and a Harrington and Richardson, model 732, .32 caliber revolver, bearing serial number AS99237, loaded with 5 live rounds of ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, defendant

**ANTHONY GATLING**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of this offense, including:

1. an SCCY industries, model CPX-1, 9mm semi-automatic pistol, bearing serial number 403104;

2. ten rounds of 9mm ammunition;

3. a Harrington and Richardson, model 732, .32 caliber revolver, bearing serial number AS99237; and

4. five rounds of .32 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

GRAND JURY FOREPERSON

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

**FILED UNDER SEAL**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY GATLING

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count);
Notice of forfeiture

Filed in open court this _____
Of _____ A.D. 20 ____ day,

_____
Clerk

Bail, $ _____